RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/14/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

**CHRISTINE NICHOL ERSKINE**            CIVIL ACTION NO. 09-1406

**VERSUS**                              JUDGE HAIK

**MICHAEL ASTRUE,**                     MAGISTRATE JUDGE HANNA
**COMMISSIONER OF SOCIAL**
**SECURITY**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that decision of the Commissioner the decision of the Commissioner be **REVERSED AND REMANDED**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that a copy of the Report and Recommendation be given to both the ALJ originally issuing the Decision and the to the ALJ hearing this matter on remand.

Lafayette, Louisiana, this 13 day of October, 2010.

_____
**DISTRICT JUDGE RICHARD T. HAIK, SR.**